1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7152
7  Facsimile: (415) 436-7234

8  Attorneys for United States of America

**FILED**

FEB 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 3 - 07 - 70026 JL |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 15, 2007 TO MARCH 5, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION [18 U.S.C. § 3161(h)(8)(A), (B)] |
| v. | ) | |
| CELSO BETANCOURT MEDRANO, | ) | |
| Defendants. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of March 5, 2007, at 9:30 a.m. before the duty magistrate judge, as well as documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from February 15, 2007 to March 5, 2006. The parties agree, and the Court finds and holds, as follows:

   1. The defendant is in custody and a pending active warrant out of Sonoma County.

   2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the need for defense counsel to continue to review discovery in the context of attempting to resolve this matter prior to indictment.

1      3. Counsel for the defendant believes that postponing the preliminary hearing is in his
2  client's best interest, and that it is not prejudicial for the defendant to provide the United States
3  with approximately two additional weeks to indict the case by March 5, 2007 preliminary
4  hearing date.
5      4. The Court finds that, taking into the account the public interest in the prompt
6  disposition of criminal cases, these grounds are good cause for extending the time limits for a
7  preliminary hearing under Federal Rule of Criminal Procedure
8      5. Given these circumstances, the Court finds that the ends of justice served by
9  excluding the period from February 15, 2007 to March 5, 2007, outweigh the best interest of the
10 public and the defendant in a speedy trial and ensure effective preparation of counsel. Id. §
11 3161(h)(8)(A) and (B).
12     5. Accordingly, and with the consent of each of the defendants, the Court (1) sets a
13 preliminary hearing date of March 5, 2007 before the duty magistrate judge at 9:30 a.m.; and (2)
14 orders that the period from February 15, 2007 to March 5, 2007, be excluded from the time for
15 preliminary hearings under Federal Rule of Criminal Procedure 5 and Speedy Trial Act
16 calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).

**STIPULATED:**

DATED: 2/15/07

GEORGE BOISSEAU
Attorney for Defendant Celso Betancourt Medrano

DATED: 2/15/2007

TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 2-15-07

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge