1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   TIMOTHY J. LUCEY (CSBN 172332 )
    Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7152
7   Facsimile: (415) 436-7234
    E-mail: Timothy.Lucey@usdoj.gov
8
    Attorneys for Plaintiff
9

*FILED*

*APR < U 2007*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No. 3 07 70026 JL
                                       )
14          Plaintiff,                 )
                                       )   NOTICE OF DISMISSAL
15      v.                             )
                                       )
16  CELSO BETANCOURT MEDRANO,          )
                                       )   (San Francisco Venue)
17          Defendant.                 )
                                       )
18  _____)

19          With leave of the Court, and with the stipulation of the defendant, and pursuant to

20  Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of

21  California dismisses the complaint in the above-encaptioned matter against the above-named

22  defendant without prejudice.

23  DATED: *April 15, 2007*              Respectfully submitted,

24                                       SCOTT N. SCHOOLS
                                         United States Attorney
25
26
                                         TIMOTHY J. LUCEY
27                                       Assistant United States Attorney
28

    NOTICE OF DISMISSAL (CR 3 07 70026 JL)

1  **IT IS SO STIPULATED.**

2  LAW OFFICES OF GEORGE BOISSEAU

3

4

5  GEORGE BOISSEAU, ESQ.
   Attorney for Defendant Celso Betancourt Medrano

6

7  For good cause showing, leave is granted to the government to dismiss the complaint

   without prejudice.

8

9  Date: 4/20/07

10  HON. EDWARD M. CHEN
    United States Magistrate Judge
11  NANDOR VADAS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2